# EXHIBIT B

<u>**Exclusive License**</u>

**WHEREAS, THE STANDARD REGISTER COMPANY**, an Ohio corporation having a principal place of business at 600 Albany Street, Dayton, Ohio 45417 (hereafter, together with any successors, legal representatives or assigns thereof, called "Licensor") is the owner of the entire right, title, and interest and assignee of **U.S. and foreign patents and patent applications listed in Exhibit A**, and all related patents, patent applications, foreign patents, foreign patent applications, continuations, continuations-in-part, divisional, reissues, re-examinations, and any issued patents subject to a Terminal Disclaimer under 37 C.F.R. §1.321 related to the **U.S. and foreign patents and patent applications listed in Exhibit A** (the "Patents");

**AND WHEREAS, SKIPPRINT LLC**, a Delaware limited liability company having a place of business at 1875 Century Park East, Suite 700, Los Angeles, CA 90067 (hereafter, together with any successors, legal representatives or assigns thereof, called "Licensee") wants to acquire all substantial rights including the worldwide exclusive license rights to the Patents, and Licensor is willing to grant all substantial rights in and to the Patents to Licensee.

**NOW, THEREFORE**, effective on January 14, 2013 and in consideration of the promises and mutual covenants contained herein and for other good and valuable consideration, Licensor and Licensee agree as follows:

1. ***Exclusive License***. Licensor grants to Licensee all substantial rights in and to the Patents including the worldwide, exclusive right and license under the Patents to make, have made, use, import, offer or sell products or services covered by the Patents, the exclusive right to grant sublicenses, to sue for and collect past, present and future damages and to seek and obtain injunctive or any other relief for infringement of the Patents. Except for ownership of the Patents, Licensor expressly retains no rights in or to the Patents, including without limitation, the right to sue for infringement of the Patents and specifically grants Licensee all such rights.

2. ***Power of Attorney***. Licensor hereby grants Licensee a power of attorney for permitting Licensee to assume sole control of any and all activities, matters and proceedings before the U.S. Patent and Trademark Office ("USPTO") relating to the Patents, including without limitation, any reissues or reexaminations of any issued U.S. patent, the prosecution of any U.S. patent application and the continuing prosecution of any pending U.S. patent applications.

**Licensor** hereby covenants that it has full right to convey the entire interest herein transferred, and that it has not executed, and will not execute, any agreement in conflict with this Exclusive License.

**FOR PATENT OFFICE RECORDING**

**IN TESTIMONY WHEREOF**, I hereunto set my hand this 15th day of January, 2013.

The Standard Register Company
(Licensor)

By      _Gerard D. Sowar_

Name      Gerard D. Sowar

Title      Vice President, General Counsel & Secretary

STATE OF OHIO          )
COUNTY OF MONTGOMERY )

On January 15, 2013 before me Teresa L. Myers, Notary Public, personally appeared Gerard. D. Sowar personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of Ohio that the foregoing paragraph is true and correct. WITNESS my hand and official seal.*

_Teresa L. Myers_

Signature of Notary

TERESA L. MYERS, Notary Public
In and for the State of Ohio
My Commission Expires April 20, 2018

## EXHIBIT A

**U.S. PATENTS & APPLICATIONS**

| US Patent No. | US Application No. | Filing Date | Issue Date | Title |
|---|---|---|---|---|
| 6,076,080 | 08/992,495 | 11/4/1997 | 06/13/2000 | Forms Order Entry System |

\* Denotes expired or abandoned patent or patent application

**FOREIGN PATENTS & APPLICATIONS**

None