# EXHIBIT M

# EXCLUSIVE LICENSE

**WHEREAS, COLORQUICK, LLC**, a New Jersey limited liability company having a principal place of business at 9100 Pennsauken Hwy, Pennsauken, NJ 08110 (hereafter, together with any successors, legal representatives or assigns thereof, called "Licensor") is the owner of the entire right, title, and interest and assignee of **U.S. and foreign patents and patent applications listed in Exhibit A**, and all related patents, patent applications, foreign patents, foreign patent applications, continuations, continuations-in-part, divisional, reissues, re-examinations, and any issued patents subject to a Terminal Disclaimer under 37 C.F.R. §1.321 related to the **U.S. and foreign patents and patent applications listed in Exhibit A** (the "Patents");

**AND WHEREAS, SKIPPRINT LLC**, a Delaware limited liability company having a place of business at 1875 Century Park East, Suite 700, Los Angeles, CA 90067 (hereafter, together with any successors, legal representatives or assigns thereof, called "Licensee") wants to acquire all substantial rights including the worldwide exclusive license rights to the Patents, and Licensor is willing to grant all substantial rights in and to the Patents to Licensee.

**NOW, THEREFORE,** effective on __9/19__, 2013 and in consideration of the promises and mutual covenants contained herein and for other good and valuable consideration, Licensor and Licensee agree as follows:

1. *Exclusive License.* Licensor grants to Licensee all substantial rights in and to the Patents including the worldwide, exclusive right and license under the Patents to make, have made, use, import, offer or sell products or services covered by the Patents, the exclusive right to grant sublicenses, to sue for and collect past, present and future damages and to seek and obtain injunctive or any other relief for infringement of the Patents. Except for ownership of the Patents, Licensor expressly retains no rights in or to the Patents, including without limitation, the right to sue for infringement of the Patents and specifically grants Licensee all such rights.

2. *Power of Attorney.* Licensor hereby grants Licensee a power of attorney for permitting Licensee to assume sole control of any and all activities, matters and proceedings before the U.S. Patent and Trademark Office ("USPTO") relating to the Patents, including without limitation, any reissues or reexaminations of any issued U.S. patent.

**Licensor** hereby covenants that it has full right to convey the entire interest herein transferred, and that it has not executed, and will not execute, any agreement in conflict with this Exclusive License.

FOR PATENT OFFICE RECORDING

IN TESTIMONY WHEREOF, I hereunto set my hand this 19 day of September, 2013.

COLORQUICK, LLC
(Licensor)

By _M. Weiss_____

Name _MARK WEISS_____

Title _President_____

**STATE OF** )
**COUNTY OF** )

On _____, before me _____, Notary Public, personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal.

_____
Signature of Notary

# EXHIBIT A

## U.S. PATENTS & APPLICATIONS (NO FOREIGN)

| Family | US Patent No. | US Application No. | Filing Date | Issue Date | Title |
|---|---|---|---|---|---|
| 1 | | *60/357,907 | 2/19/2002 | | Two-part color bar system to ensure calibration of proofing equipment |
| 1 | 6,721,068 | 10/192,404 | 7/10/2002 | 4/13/2004 | Two-part color bar process to ensure calibration of proofing equipment |
| 1 | | *10/822,617 | 4/12/2004 | | Article of manufacture for use in a proofing process having pre-printed color bar |
| 2 | 6,801,333 | 09/595,249 | 6/15/2000 | 10/5/2004 | Automated system for comparing a job quote for a print job with production data for an actual print job |
| 3 | 6,839,149 | 10/103510 | 3/21/2002 | 1/4/2005 | Preparation of production data for a print job using a still image proxy of a page description language image file |
| 3 | 7,298,516 | 10/958,898 | 10/5/2004 | 11/20/2007 | Preparation of production data for a print job using a still image proxy of a page description language image file |
| 3 | 7,706,016 | 11/726,636 | 3/22/2007 | 4/27/2010 | Preparation of production data for a print job using a still image proxy of a page description language image file |
| 3 | 8,072,641 | 12/799,474 | 4/26/2010 | 12/6/2011 | Computer program product for preparation of production data for a print job using a still image proxy of a page description language image file |
| 3 | | *13/307,952 | 11/30/2011 | | |
| 4 | 8,261,188 | 12/417,484 | 4/2/2009 | 9/4/2012 | Method of associating properties or fields of graphical objects with each other for efficient composition of documents |
| 4 | | *61/041,846 | 4/2/2008 | | Method of associating properties or fields of graphical objects with each other for efficient composition of documents |
| 4 | | *12/430,496 | 4/27/2009 | | Method of associating properties or fields of graphical objects with each other for efficient composition of documents |
| 5 | | *60/848,463 | 9/29/2006 | | Preparation of production data for a print job using a still image proxy of a page description language image file with graphical object insertion process and use of security levels for different classes of users |
| 5 | | 11/863,719 | 9/28/2007 | | Document Editing Environment that Varies Based Upon Security Level of User Who Performs the Editing |
| 5 | | 11/863,732 | 9/28/2007 | | Graphical Object Insertion During Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File |
| 6 | | *60/944,063 | 6/14/2007 | | Data connectors |
| 6 | | 12/126,106 | 5/23/2008 | | Method and apparatus for database mapping |
| 7 | | *12/104,910 | 4/17/2008 | | Method and apparatus for sending messages on behalf of dead persons to live recipients |
| 8 | | *61/041,839 | 4/2/2008 | | Objects having usage rules that exist outside of the environment that the object is used in |
| 8 | | 12/417,480 | 4/2/2009 | | Objects having usage rules that exist outside of the environment in which the object is used |
| 8 | | 12/429,289 | 4/24/2009 | | Objects having usage rules that exist outside of the environment in which the object is used |

* Denotes expired or abandoned patent or patent application