**MASHOFF BRENNAN**
Charles J. Veverka (# 07110)
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: *cveverka@mabr.com*

**ONE LLP**
Christopher W. Arledge (*pro hac* admission)
Joseph K. Liu (*pro hac* admission)
Nate L. Dilger (*pro hac* admission)
4000 MacArthur Boulevard
East Tower, Suite 500
New Port Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
E-mail: *carledge@onellp.com*
E-mail: *jliu@onellp.com*
E-mail: *ndilger@onellp.com*

*Attorney for Plaintif, SkipPrint, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC., a Wisconsin corporation,<br><br>Defendant | **NOTICE OF SERVICE OF FIRST AMENDED COMPLAINT**<br><br>Case No. 2:13-cv-00397-DN<br><br>Judge David Nuffer<br><br>**JURY DEMAND** |

On April 2, 2014, Plaintiff sent, via email transmission, a copy of the First Amended Complaint (DKT. 12), to counsel for Quad/Graphics, Inc.:

   Matthew M. Wolf
   Ali R. Sharifahmadian
   ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
   Washington, DC 20004
   Phone: 202-942-5000
   Fax: 202-942-5999
   email:  matthew.wolf@aporter.com
   email:  ali.sharifahmadian@aporter.com

The parties agree that service of the First Amended Complaint is effective as of **April 3, 2014**.

DATED:  April 15, 2014

                                             */s/ C.J. Veverka*
                                              C.J. Veverka

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2014, a true and correct copy of the forgoing document was filed with the Clerk of Court and served on counsel for Defendant, via email, as follows:

Matthew M. Wolf
Ali R. Sharifahmadian
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Phone: 202-942-5000
Fax: 202-942-5999
email:  matthew.wolf@aporter.com
email:  ali.sharifahmadian@aporter.com

                                                *C.J. Veverka*
                                                C.J. Veverka